JEROME C. ROTH (SBN 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
jerome.roth@mto.com

Attorneys for Defendant
LG.PHILIPS LCD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Figone, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation;<br><br>Defendants. | CASE NO.  C 07-00042 (SC)<br><br>**STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER**<br><br>Honorable Samuel Conti |

1    WHEREAS plaintiff filed a complaint in the above-captioned case on or about
2    January 4, 2007;
3    WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid
4    Crystal Display ("LCD") products;
5    WHEREAS more than forty complaints have been filed to date in federal district
6    courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of
7    indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively,
8    "the LCD Cases");
9    WHEREAS there is a motion pending before the Judicial Panel on Multidistrict
10   Litigation to transfer the LCD Cases to the Northern District of California for coordinated or
11   consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;
12   WHEREAS plaintiff anticipates the possibility of Consolidated Amended
13   Complaints in the LCD Cases;
14   WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have
15   agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be
16   more efficient for the parties and for the Court;
17   WHEREAS plaintiff agrees that the deadline for LPL America to respond to the
18   Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after
19   the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
20   plaintiff provides written notice to LPL America that he does not intend to file a Consolidated
21   Amended Complaint, provided that such notice may be given only after the initial case
22   management conference in the MDL transferee court in this case;
23   WHEREAS plaintiff further agrees that this extension is available, without further
24   stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of
25   their intention to join this extension;
26   WHEREAS this Stipulation does not constitute a waiver by LPL America or any
27   defendant of any defense, including but not limited to the defenses of lack of personal or subject
28

1  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
2  venue.
3        PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
4  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
5        1.    The deadline for LPL America to respond to the Complaint shall be
6  extended until the earlier of the following two dates (1) forty-five days after the filing of a
7  Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff
8  provides written notice that he does not intend to file a Consolidated Amended Complaint,
9  provided that such notice may be given only after the initial case management conference in the
10 MDL transferee court in this case.
11       2.    This extension is available, without further stipulation with counsel for
12 plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of
13 their intention to join this extension.
14       IT IS SO STIPULATED.
15
16 DATED: January 29, 2007           Respectfully submitted,
17                                   MUNGER, TOLLES & OLSON LLP
18
19                                   By:_____/s/ Jerome C. Roth_____
                                          JEROME C. ROTH
20                                        Attorneys for Defendant
                                          LG.PHILIPS LCD AMERICA, INC.
21
22 Of Counsel:
23 Michael R. Lazerwitz
   Jeremy J. Calsyn
24 Lee F. Berger
   CLEARY GOTTLIEB STEEN &
25   HAMILTON LLP
   2000 Pennsylvania Avenue, NW
26 Washington, DC  20006
   Telephone:   (202) 974-1500
27 Facsimile:   (202) 974-1999
28

1240738.2                          - 2 -         STIPULATION FOR EXTENSION
                                                 OF TIME   CASE NO. CV 07-00042 (SC)

1  DATED: January 25, 2007           LAW OFFICES OF JOSEPH M. PATANE

2

3

4                                    By: _____
                                          JOSEPH M. PATANE

5                                    Attorneys for Plaintiff
                                     JEFFREY FIGONE
6

7

8

9  PURSUANT TO STIPULATION, IT IS SO
   ORDERED:
10
   Dated:  2/5/07                    _____
11                                   IT IS SO ORDERED
                                     Judge Samuel Conti
12                                   Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    STIPULATION FOR EXTENSION
                                                    OF TIME   CASE NO. CV 07-00042 (SC)